■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ULYSSES MCINTYRE, Appellant. [725 NYS2d 879] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Gazzillo, J.), rendered July 6, 1999, convicting him of criminal sale of a controlled substance in the third degree, criminal possession of a controlled substance in the third degree, and resisting arrest, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant was convicted of selling $20 worth of crack cocaine to an undercover officer in a "buy and bust" operation. Viewing the evidence in the light most favorable to the People (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The challenged comments made by the prosecutor during summation were made in response to the defense counsel's remarks, and did not constitute prosecutorial misconduct (*see, People v Morgan,* 66 NY2d 255).

The defendant's sentence was not excessive (*see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions are without merit. Krausman, J. P., Florio, Feuerstein and Cozier, JJ., concur.